JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq. SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA BROWN, individually and as successor-in-interest for Decedent LUTHER BROWN; A.B., a minor, by and through her guardian ad litem, SHAWNA BROWN; D.P., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; A.B., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; D.P., a minor, by and through his guardian ad litem, RITA ALMENDAREZ; S.S.J., a minor, by and through her guardian ad litem, GAYLE JOHNSON; and QUEEN E. BROWN, individually.<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF STOCKTON, a municipal corporation; WESKEY GRINDER, individually; RYAN TAIRIOL individually; LOREEN GAMBOA, individually; 'FNU' SCOTT, individually; and DOES 1-50, inclusive, individually,<br><br>　　　　　　　Defendants. | Case No.: 2-13-CV-01007-KJM-KJN<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER** |

　　　IT IS HEREBY STIPULATED by and between plaintiffs SHAWNA BROWN, et al.,

1

("Plaintiffs") and WESLEY GRINDER, et al., ("Defendants"), by and through their

attorneys of record, that GOOD CAUSE exists and the parties respectfully request that the

Court continue the Settlement Conference, in the above-entitled action presently set for

September 15, 2016 to a new date of the Court's convenience not sooner than November

15, 2016.

    During the pendency of this case, counsels for the parties have worked diligently to

prepare their cases in accordance with the Court's Pretrial Scheduling Order. The case to

date has been handled for the defense by the City Attorney's office. However,

the primary attorney working on the case, Ted Wood, is no longer with the City

Attorney's Office and the City Attorney's Office is in the process of retaining

outside counsel to handle the defense.

    As such, the parties cannot conduct a meaningful Settlement Conference until

outside counsel has been retained and become familiar with the case.  The

parties anticipate that will take up to two months.  The requested two-month

extension will not impact the trial date of this action, currently set for August

28, 2017.

2

Based on the foregoing, the parties respectfully request that this Court continue the Settlement Conference to a new date of the Court's convenience not sooner than November 15, 2016.

Respectfully submitted,

Dated: September 6, 2016 /s/ Benjamin Nisenbaum
Benjamin Nisenbaum, Esq.
**LAW OFFICES OF JOHN L. BURRIS**
Attorney for Plaintiffs
SHAWNA BROWN, et al.

Dated: September 7, 2016 /s/ James Wilson
(as authorized on September 7, 2016)
James F. Wilson, Deputy City Attorney
Attorney for Defendants
Wesley Grinder, et al.

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or been authorized by all counsel to show his or her signature on this Stipulation as /s/.

///

///

///

///

///

///

3

**ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Settlement Conference is hereby continued from September 15, 2016 at 9:00 a.m. to a new date of Thursday, March 23, 2017, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 12, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4