**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN J. MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants CITY OF STOCKTON; WESKEY GRINDER; RYAN TAIRIOL, LOREEN GAMBOA AND 'FNU' SCOTT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHAWNA BROWN, individually and as successor-in-interest for Decedent LUTHER BROWN; A.B., a minor, by and through her guardian ad litem, SHAWNA BROWN; D.P., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; A.B., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; D.P., a minor, by and through his guardian ad litem, RITA ALMENDAREZ; S.SJ., a minor, by and through her guardian ad litem, GAYLE JOHNSON; and QUEEN E. BROWN, individually, ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; WESKEY GRINDER, individually; RYAN TAIRIOL, individually LOREEN GAMBOA, individually; 'FNU' SCOTT, individually; and DOES 1-50, inclusive, ,<br><br>Defendants. | CASE NO. 2:13-CV-01007-KJM-KJN<br><br>**STIPULATED SCHEDULING ORDER FOR PHASED DISCOVERY**<br><br>Action Filed: 05/20/13<br>Trial Date: None Set |

/ / /

/ / /

4823-6616-9413.1

ORDER FOR PHASED DISCOVERY

# ORDER

Pursuant to the parties' stipulation, good cause based on the parties' good-faith efforts to mitigate costs while conducting phased discovery necessary to conduct settlement discussions, the court hereby grants the parties' stipulation and orders as follows:

Each party shall take up to five fact discovery depositions;

    a. The parties shall exchange liability and causation expert witness reports confidentially subject to the mediation privilege by May 14, 2017;

    b. The parties shall confer after the confidential exchange of liability and causation by May 21, 2017, regarding whether to engage in further settlement discussions. Following the meet and confer, the parties shall notify Magistrate Judge Claire if they decide to engage in a further settlement conference, in which case the settlement conference shall be completed by June 26, 2017. Should the case not resolve at a further settlement conference, or otherwise, the parties shall notify the court by June 26, 2017, and the court shall then adopt the modifications to its Scheduling Order set forth below:

        1. The parties shall exchange Opening Expert Witness Designations and Reports by July 2, 2017;

        2. The parties shall exchange Rebuttal Expert Witness Designations and Reports by August 10, 2017;

        3. Fact discovery shall re-open July 29, 2017, and all discovery shall close by August 24, 2017; and

        4. No other dates in the court's Scheduling Order shall be affected.

**IT IS SO ORDERED.**

DATED: April 11, 2017.

_____
UNITED STATES DISTRICT JUDGE