1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHAWNA BROWN, individually and as          Case No: 2:13-CV-01007-KJM-KJN
     successor-in-interest for Decedent
12   LUTHER BROWN; A.B., a minor, by and
     through her guardian ad litem, SHAWNA
13   BROWN; D.P., a minor, by and through       FIRST AMENDMENT
     her guardian ad litem, RITA                TO THE  SCHEDULING ORDER
14   ALMENDAREZ; A.B., a minor, by and
     through her guardian ad litem, RITA
15   ALMENDAREZ; D.P., a minor, by and
     through his guardian ad litem, RITA
16   ALMENDAREZ; S.SJ., a minor, by and
     through her guardian ad litem, GAYLE
17   JOHNSON; and QUEEN E. BROWN,
     individually,
18
                    Plaintiffs,
19
             v.
20
     CITY OF STOCKTON, a municipal
21   corporation; WESKEY GRINDER,
     individually; RYAN TAIRIOL,
22   individually LOREEN GAMBOA,
     individually; 'FNU' SCOTT, individually;
23   and DOES 1-50, inclusive,

24                  Defendants.

25

26           On April 11, 2017, the court approved the parties' stipulation to permit limited

27   discovery to facilitate settlement discussions.  ECF No. 53.  The court also explained that, if

28   settlement efforts were unsuccessful, it would adopt the parties' stipulated dates for discovery

                                             1

without modifying the Scheduling Order's remaining dates.  *Id.*  Defendants have notified the court that settlement efforts have been unsuccessful and ask the court to adopt the parties' stipulated dates.  ECF No. 60.  Because the parties' dates necessarily conflict with the remaining dates in the Scheduling Order, ECF No. 24, the court amends the entire schedule here.  The court VACATES the dates for the Jury Trial and the Trial Briefs, and GRANTS the request to modify the Scheduling Order, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | December 2, 2016 | Re-Open: July 29, 2017 Close: August 24, 2017 |
| Expert Disclosures | January 30, 2017 | July 2, 2017 |
| Supplemental Expert Disclosures | February 20, 2017 | August 10, 2017 |
| Completion of Expert Discovery | March 20, 2017 | September 8, 2017 |
| All Dispositive Motions | April 21, 2017 | October 6, 2017 |
| File Joint Pretrial Conference Statement | June 15, 2017 | January 12, 2018 |
| Final Pretrial Conference (10 a.m.) | July 6, 2017 | February 9, 2018 |
| Trial Briefs Due | August 14, 2017 | TBD at Final Pretrial Conference. |
| Jury Trial | August 28, 2017 | TBD at Final Pretrial Conference. |

This amendment does not alter any other portions of the initial scheduling order, ECF No. 24.

IT IS SO ORDERED.

DATED:  June 30, 2017.

_____
UNITED STATES DISTRICT JUDGE