UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHAWNA BROWN, et al.,

    Plaintiffs,

v.

WESLEY GRINDER, et al.,

    Defendants.

No. 2:13-cv-01007-KJM-KJN

ORDER

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." *See* 28 U.S.C. § 636(c)(1). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge. E.D. Cal. R. 305(b).

The undersigned has reviewed the file and finds that the above-captioned case should be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment, in light of the settlement overseen by the magistrate judge.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kendall J. Newman. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. 2:13-cv-01007-KJN. All currently scheduled dates presently set before Judge Mueller are hereby VACATED.

/////

IT IS SO ORDERED.

DATED: July 19, 2019.

_____
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: July 22, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, brow.1007