**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA BROWN, individually and as successor-in-interest for Decedent LUTHER BROWN; A.B., a minor, by and through her guardian ad litem, SHAWNA BROWN; D.P., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; A.B., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; D.P., a minor, by and through his guardian ad litem, RITA ALMENDAREZ; S.S.J., a minor, by and through her guardian ad litem, GAYLE JOHNSON; and QUEEN E. BROWN, individually.<br><br>            Plaintiffs,<br>  v.<br><br>CITY OF STOCKTON, a municipal corporation; WESLEY GRINDER, individually; RYAN TAIRIOL individually; LOREEN GAMBOA, individually; 'FNU' SCOTT, individually; and DOES 1-50, inclusive, individually,<br><br>            Defendants. | Case No. 2-13-CV-01007-KJM-KJN<br><br>**PETITION APPOINTING GUARDIAN AD LITEM AND APPROVING MINOR'S COMPROMISE FOR MINOR PLAINTIFFS D.A.P. AND D.J.P. AND ORDER**<br><br>No hearing date set<br><br>Hon. Kendall J. Newman<br>United States Magistrate Judge |

Petition and Order Appointing Guardian Ad Litem and Approving Minor's Compromise
Brown, et al. v. City of Stockton, et al., Case No.: 2-13-CV-01007-KJM-KJN

1

Petitioner RITA ALMENDAREZ respectfully represents:

1. Petitioner RITA ALMENDAREZ is the natural mother of Minor Plaintiffs D.A.P. and D.J.P. Minor Plaintiff D.A.P. was born in 2004 and is presently fifteen years old. Minor Plaintiff D.J.P. was born in 2006 and is presently thirteen years old. Former Minor Plaintiff A.B. is now an adult.

2. Minor Plaintiffs D.A.P. and D.J.P. have Fourteenth Amendment substantive due process causes of action for interference with familial relationship are co-successors-in-interest on the Fourth Amendment claim. Due to the CITY's bankruptcy, there are not state law claims. All Plaintiffs have the same Fourteenth Amendment claim, while Plaintiffs SHAWNA BROWN (Decedent's wife) and all Minor Plaintiffs have claims under the Fourth Amendment as co-successors-in-interest to Decedent.

3. Plaintiffs' causes of action arise out an incident that occurred on April 6, 2012, in which Decedent LUTHER BROWN died after being shot numerous times by Defendants GRINDER and TAIRIOL.

4. No previous petition for appointment of Guardian Ad Litem has been filed in this matter.

5. Petitioner is willing to serve as the minors' Guardian Ad Litem. Petitioner is fully competent to understand and protect the rights of the minor and has no interest adverse to that of the minor.

6. Petitioner requests that she be appointed Guardian Ad Litem for her daughter and her son, as denoted above, to prosecute the above-described causes of action on behalf of her daughter and her son, as denoted above, and for such other relief as the Court may deem just and proper.

7. The parties in this case have reached settlement in this matter. The total settlement of the case is in the amount of $550,000.00, including all costs and attorneys' fees. The parties have agreed on apportionment of the settlement. Of the total gross settlement amount, Minor Plaintiffs D.A.P. and D.J.P.s' gross settlements shall be $71,500.00 (13% of the total settlement).

Petition and Order Appointing Guardian Ad Litem and Approving Minor's Compromise
Brown, et al. v. City of Stockton, et al., Case No.: 2-13-CV-01007-KJM-KJN

2

1         a.     Attorney fees for Minor Plaintiffs D.A.P. and D.J.P. shall be at 25% of their total gross recovery, in the amount of $17,875.00, pursuant to the contingency fee agreement in this case.

        b.     Proportionate with Minor Plaintiffs D.A.P. and D.J.P.s' share of the $550,000.00 recovery, Minor Plaintiffs shall bear 13% of the total $13,280.17 in litigation costs incurred by their counsel in this action: $1,726.42 each.

        c.     Minor Plaintiffs D.A.P. and D.J.P.s' net settlements are in the amount of $51,898.58.

        d.     Of Minor Plaintiff D.A.P. and D.J.P.s' net settlements, $10,000.00 shall be place in an FDIC insured court-blocked account, with distributions made by Court order, and as follows: on each of Minor Plaintiffs D.A.P. and D.J.P.s' birthdays until they reach age 17 (in 2021 for D.A.P. and in 2023 for D.J.P.), Minor Plaintiffs shall receive disbursement from the court-blocked account in the amount of $500. All funds remaining in this FDIC insured court-blocked account, if any, shall be made available to Minor Plaintiff on their 18th birthdays (in 2022 for D.A.P. and in 2024 for D.J.P).

        e.     The remainder of Minor Plaintiffs D.A.P. and D.J.P.s' net settlements shall be placed in the structured settlement lump sum plans set forth in attached exhibit A, with two guaranteed lump sum payments as follows: for D.A.P., $25,000.00 paid on his birthday in 2029 and $32,494.62 payable on his birthday in 2034. for D.J.P., $25,000.00 paid on his birthday in 2031 and $35,945.16 payable on his birthday in 2036.

9.     This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiff in this action. Benjamin Nisenbaum, Esq. and James Cook, Esq. of the Law Offices of John L. Burris also represents plaintiff and is in agreement with the terms of this Petition. John L. Burris, Esq., Benjamin Nisenbaum, Esq., James Cook, Esq. hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

Petition and Order Appointing Guardian Ad Litem and Approving Minor's Compromise
Brown, et al. v. City of Stockton, et al., Case No.: 2-13-CV-01007-KJM-KJN

3

10. Petitioner and her counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to the Minor Plaintiffs, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, said Minor Plaintiffs will be forever barred and prevented from seeking any further recovery of compensation as against all Defendants in this action, even if said minor's losses and injuries might in the future prove to be more serious than they are now thought to be.

11. Petitioner recommends this compromise settlement to the Court as being fair, reasonable, and in the best interests of said Minor Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2019  /s/ *Benjamin Nisenbaum*
Ben Nisenbaum
Attorney for Plaintiffs

Petition and Order Appointing Guardian Ad Litem and Approving Minor's Compromise
Brown, et al. v. City of Stockton, et al., Case No.: 2-13-CV-01007-KJM-KJN

4

# ORDER

Plaintiffs' Petition to appoint RITA ALMENDAREZ as the guardian ad litem of her daughter, Minor D.A.P. and her son, Minor D.J.P., in the instant matter is hereby granted.

The Court hereby approves the minor's compromise according to the terms set forth in the instant petition to approve the minor's compromise.

IT IS SO ORDERED.

Dated: July 26, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Petition and Order Appointing Guardian Ad Litem and Approving Minor's Compromise
Brown, et al. v. City of Stockton, et al., Case No.: 2-13-CV-01007-KJM-KJN

5