**MAYALL HURLEY**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818
MARK E. BERRY (SBN: 155091)
mberry@mayallaw.com
Attorneys for Defendants,
WESLEY GRINDER, individually; and
RYAN TAIARIOL, individually

**LAW OFFICES OF JOHN BURRIS**
JOHN L. BURRIS, ESQ (SBN 69888)
BENJAMIN NISENBAUM (SBN 222173)
7677 Oakport St., Suite 1120
Oakland, CA 94621
Phone: (510) 839-5200
Fax: (510) 839-3882
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWNA BROWN, individually and as successor-in-interest for Decedent LUTHER BROWN; A.B., a minor, by and through her guardian ad litem, SHAWNA BROWN; D.P., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; A.B., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; D.P., a minor, by and through his guardian ad litem, RITA ALMENDAREZ; S.S.J., a minor, by and through her guardian ad litem, GAYLE JOHNSON; and QUEEN E. BROWN, individually,** <br><br> **Plaintiffs,** <br> v. <br><br> **CITY OF STOCKTON, a municipal corporation; WESLEY GRINDER, individually; RYAN TAIARIOL, individually,** <br><br> **Defendants**. | No. 2-13-CV-01007-KJM-KJN <br><br> **ORDER FOR DISMISSAL OF ALL PARTIES** |

The Court is in receipt of the parties' stipulation to dismiss the entire action with prejudice under Rule 41(a)(1)(A)(ii), with each party to bear their own fees and costs. Though this dismissal takes effect without action from the Court, the undersigned recognizes the parties' stipulation and orders the Clerk of the Court to CLOSE this case.

IT IS SO ORDERED.

Dated: October 2, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL OF ALL PARTIES
Page 2