JOHN L. BURRIS ESQ., SBN 69888
BEN NISENBAUM ESQ., SBN 222173
JAMES COOK ESQ., SBN 300212
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA BROWN, individually and as successor-in-interest for Decedent LUTHER BROWN; A.B., a minor, by and through her guardian ad litem, SHAWNA BROWN; D.P., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; A.B., a minor, by and through her guardian ad litem, RITA ALMENDAREZ; D.P., a minor, by and through his guardian ad litem, RITA ALMENDAREZ; S.S.J., a minor, by and through her guardian ad litem, MAURRECE GALE JOHNSON; and QUEEN E. BROWN, individually. | Case No. 2-13-CV-01007-KJM-KJN |
| | **PLAINTIFFS' NOTICE OF REQUEST AND REQUEST TO CHANGE A MISTAKE IN THE NAME OF GUARDIAN AD LITEM ON THE COURT DOCKET FOR "GAYLE JOHNSON" AND PROPOSED ORDER GRANTING PLAINTIFFS' REQUEST TO CHANGE A MISTAKE IN THE NAME OF GUARDIAN AD LITEM "GAYLE JOHNSON" ON THE COURT DOCKET** |
| Plaintiffs, | No hearing date set |
| v. | Hon. Kendall J. Newman United States Magistrate Judge |
| CITY OF STOCKTON, a municipal corporation; WESLEY GRINDER, individually; RYAN TAIRIOL individually; LOREEN GAMBOA, individually; 'FNU' SCOTT, individually; and DOES 1-50, inclusive, individually, | |
| Defendants. | |

1

Notice of Request and Request to Change Name of Guardian Ad Litem on the Court Docket
Brown, et al. v. City of Stockton, et al., Case No.: 2-13-CV-01007-KJM-KJN

# NOTICE

PLEASE TAKE NOTICE that Plaintiffs' counsel hereby moves the Court for an Order permitting the change of a mistake in the name on the court docket wherein Guardian Ad Litem's name is currently "Gayle Johnson" to Maurrece Gale Johnson. The purpose of this request is to reflect the true legal name of Maurrece Gale Johnson.

Respectfully submitted,

Dated:  March 9, 2020                    LAW OFFICES OF JOHN BURRIS

By:   /s/ *Benjamin Nisenbaum*
                                                Benjamin Nisenbaum
                                                Attorney for Plaintiff

**ORDER**

Guardian Ad Litem "Gayle Johnson" shall be changed to Maurrece Gale Johnson on the Court docket.

IT IS SO ORDERED.

Dated: March 9, 2020

brow.1007

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Notice of Request and Request to Change Name of Guardian Ad Litem on the Court Docket
Brown, et al. v. City of Stockton, et al., Case No.: 2-13-CV-01007-KJM-KJN